UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>　　　　Plaintiff,<br>　　v.<br>MO'JOE CAFE, INC., et al.,<br>　　　　Defendants. | Case No. 4:17-cv-04161-KAW<br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br>Re: Dkt. No. 9 |

On October 19, 2017, Plaintiff filed a notice of settlement. Accordingly, the Court VACATES all pending deadlines, and Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: October 19, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge